# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DORIS THORNTON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-0058-CG-M |
| CREDIT ACCEPTANCE CORPORATION, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's motion to stay pending arbitration. (Doc. 10). Upon consideration, the motion is **GRANTED** and this matter is hereby **STAYED** pending arbitration. Beginning, **October 8, 2019** and every **90 days** thereafter, the parties are **ORDERED** to file joint status reports advising the court of the progress of arbitration. The Clerk of Court is directed to close this file for statistical purposes.

**DONE** and **ORDERED** this 8th day of July, 2019.

/s/ Callie V. S. Granade
**SENIOR UNITED STATES DISTRICT JUDGE**