IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS THORNTON, | : |
| Plaintiff, | : |
| Vs. | : CIVIL ACTION 19-0058-CG-M |
| CREDIT ACCEPTANCE CORPORATION, | : |
| Defendant. | : |

ORDER

Defendant is **ORDERED** to file a response to Plaintiff's Motion to Lift Stay for a Limited Purpose (Doc. 14) **not later than Friday, September 13, 2019.**

DONE this 30th day of August, 2019.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE